JOHN F. ASHTON *v.* HEINKE P. ASHTON

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 918 (AC 12308), is denied.

*Heinke P. Ashton,* pro se, in support of the petition.

Decided December 22, 1994

STATE OF CONNECTICUT *v.* BIENVENIDO SANTIAGO

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 921 (AC 12521), is denied.

BERDON, J., dissenting. I would grant the petition for certification for review filed by the defendant.

*Suzanne Zitser,* assistant public defender, in support of the petition.

*James G. Clark,* assistant state's attorney, in opposition.

Decided December 22, 1994